1  DONALD B. VERRILLI (*Pro Hac Vice*), *dverrilli@jenner.com*
   WILLIAM M. HOHENGARTEN (*Pro Hac Vice*), *whohengarten@jenner.com*
2  JENNER & BLOCK LLP
   1099 New York Avenue, N.W.
3  Suite 900
   Washington, DC 20001-4412
4  Telephone:    (202) 639-6000
   Facsimile:    (202) 639-6066
5
   *Attorneys for Viacom Plaintiffs, Petitioners*
6
   BLAIR A. NICHOLAS (Bar No. 178428)
7  DAVID R. HASSEL (*Pro Hac Vice Pending*)
   BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
8  123481 High Bluff Drive, suite 300
   San Diego, CA  92130
9  Telephone:    (858) 793-0070
   Facsimile:    (858) 793-0323
10
   *Attorneys for Premier League Plaintiffs, Petitioners*
11
   DAVID H. KRAMER, State Bar No. 168452, *dkramer@wsgr.com*
12 MICHAEL H. RUBIN, State Bar No. 214636, *mrubin@wsgr.com*
   WILSON SONSINI GOODRICH & ROSATI
13 Professional Corporation
   650 Page Mill Road
14 Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
15 Facsimile:   (650) 565-5100
16 *Attorneys for Non-Party Respondents*
   *Artis Capital Management, L.P., Sequoia*
17 *Capital Operations LLC and*
   *TriplePoint Capital LLC*
18
                      UNITED STATES DISTRICT COURT
19
                    NORTHERN DISTRICT OF CALIFORNIA
20
                        SAN FRANCISCO DIVISION
21

22 VIACOM INTERNATIONAL INC., ET AL.          )    CASE NO.:  3:08-MC-80129-SI
                                              )
23              Plaintiffs,                    )    [Case No. 07-cv-02103 (LLS) in the
                                              )    U.S. D.C., S.D.N.Y]
24        v.                                   )
                                              )    **[PROPOSED] ORDER AND**
25 YOUTUBE, INC., ET AL.                       )    **STIPULATION FOR**
                                              )    **CONTINUANCE OF HEARING**
26              Defendants.                    )    **DATE**
                                              )
27                                             )
                                              )
28                                             )
                                              )
   _____)

1

2

3

4

5

6

7

| | | |
|---|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, ET AL. | ) ) ) | [Case No. 07-cv-03532 (LLS) in the U.S. D.C., S.D.N.Y] |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Date:        July 25, 2008 Time:        9:00 a.m. Courtroom:  10 |
| YOUTUBE, INC., ET AL. | ) ) | Judge:       Honorable Susan Illston |
| Defendants. | ) ) ) | |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
FOR CONTINUANCE
CASE NO. 08-MC-80129 (SI)

1  WHEREAS Viacom International Inc. et al. and The Football Association Premier

2  League Limited, et al. ("Petitioners") have filed this Miscellaneous Action against Artis Capital

3  Management L.P., Sequoia Capital Operations LLC, and TriplePoint Capital LLC

4  ("Respondents") and have noticed a Motion to Compel against Respondents for hearing on July

5  25, 2008;

6  WHEREAS Respondents require additional time to prepare their oppositions to the

7  Motion to Compel and Respondents' counsel is unavailable for hearing on July 25, 2008;

8  THEREFORE: The parties to this Action stipulate, subject to the Court's approval, that

9  (1) the hearing date on Petitioners' Motion to Compel shall be continued from July 25, 2008 to

10  August 15, 2008, or alternatively continued to the Court's next available hearing date thereafter;

11  (2) Respondents opposition to Petitioners' Motion to Compel shall be filed four weeks before the

12  new date set for the hearing, and Petitioners' reply shall be filed two weeks thereafter.

13  IT IS SO STIPULATED.

14

15  Date:_____6/27/08_____                    _____

16                                              David H. Kramer
                                                *Attorneys for Non-Parties*
17                                              *Artis Capital Management, L.P., Sequoia*
                                                *Capital Operations LLC and*
18                                              *TriplePoint Capital LLC*

19

20  Date:_____                        _____

21                                              William Hohengarten
                                                *Attorneys for Viacom Plaintiffs*
22

23

24
    Date:_____                        _____
25
                                                David Hassel
26                                              *Attorneys for Premier League Plaintiffs*

27

28

1    WHEREAS Viacom International Inc. et al. and The Football Association Premier

2    League Limited, et al. ("Petitioners") have filed this Miscellaneous Action against Artis Capital

3    Management L.P., Sequoia Capital Operations LLC, and TriplePoint Capital LLC

4    ("Respondents") and have noticed a Motion to Compel against Respondents for hearing on July

5    25, 2008;

6        WHEREAS Respondents require additional time to prepare their oppositions to the

7    Motion to Compel and Respondents' counsel is unavailable for hearing on July 25, 2008;

8        THEREFORE: The parties to this Action stipulate, subject to the Court's approval, that

9    (1) the hearing date on Petitioners' Motion to Compel shall be continued from July 25, 2008 to

10   August 15, 2008, or alternatively continued to the Court's next available hearing date thereafter;

11   (2) Respondents opposition to Petitioners' Motion to Compel shall be filed four weeks before the

12   new date set for the hearing, and Petitioners' reply shall be filed two weeks thereafter.

13       IT IS SO STIPULATED.

14

15   Date:_____

16                                    David H. Kramer
                                      *Attorneys for Non-Parties*
17                                    *Artis Capital Management, L.P., Sequoia*
                                      *Capital Operations LLC and*
18                                    *TriplePoint Capital LLC*

19

20   Date: *June 27, 2008*

21                                    William Hohengarten
                                      *Attorneys for Viacom Plaintiffs*
22

23

24

25   Date:_____

                                      David Hassel
26                                    *Attorneys for Premier League Plaintiffs*

27

28

STIPULATION AND [PROPOSED] ORDER          -1-
FOR CONTINUANCE
CASE NO. 08-MC-80129 (SI)

1    WHEREAS Viacom International Inc. et al. and The Football Association Premier

2    League Limited, et al. ("Petitioners") have filed this Miscellaneous Action against Artis Capital

3    Management L.P., Sequoia Capital Operations LLC, and TriplePoint Capital LLC

4    ("Respondents") and have noticed a Motion to Compel against Respondents for hearing on July

5    25, 2008;

6    WHEREAS Respondents require additional time to prepare their oppositions to the

7    Motion to Compel and Respondents' counsel is unavailable for hearing on July 25, 2008;

8    THEREFORE: The parties to this Action stipulate, subject to the Court's approval, that

9    (1) the hearing date on Petitioners' Motion to Compel shall be continued from July 25, 2008 to

10   August 15, 2008, or alternatively continued to the Court's next available hearing date thereafter;

11   (2) Respondents opposition to Petitioners' Motion to Compel shall be filed four weeks before the

12   new date set for the hearing, and Petitioners' reply shall be filed two weeks thereafter.

13   IT IS SO STIPULATED.

14

15   Date:_____

16                                        David H. Kramer
                                         *Attorneys for Non-Parties*
17                                       *Artis Capital Management, L.P., Sequoia*
                                         *Capital Operations LLC and*
18                                       *TriplePoint Capital LLC*

19

20   Date:_____

21                                        William Hohengarten
                                         *Attorneys for Viacom Plaintiffs*
22

23

24
     Date: *June 27, 2008*
25                                        David Hassel
26                                       *Attorneys for Premier League Plaintiffs*

27

28

1

[PROPOSED] ORDER

2

     Good cause appearing, IT IS HEREBY ORDERED that: (1) the hearing on Petitioners'

3

Motion to Compel shall be rescheduled to August 15, 2008 with the briefing schedule to be

4

governed by the parties' Stipulation.

5

     SO ORDERED.

6

                                               _____

7

                                            Judge Susan Illston

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28