DONALD B. VERRILLI (*Pro Hac Vice*), dverrilli@jenner.com
WILLIAM M. HOHENGARTEN (*Pro Hac Vice*), whohengarten@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Telephone:   (202) 639-6000
Facsimile:    (202) 639-6066

*Attorneys for Viacom Plaintiffs, Petitioners*

BLAIR A. NICHOLAS (Bar No. 178428)
DAVID R. HASSEL (*Pro Hac Vice Pending*)
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
123481 High Bluff Drive, suite 300
San Diego, CA  92130
Telephone:    (858) 793-0070
Facsimile:    (858) 793-0323

*Attorneys for Premier League Plaintiffs, Petitioners*

DAVID H. KRAMER, State Bar No. 168452, *dkramer@wsgr.com*
MICHAEL H. RUBIN, State Bar No. 214636, *mrubin@wsgr.com*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Non-Party Respondents
Artis Capital Management, L.P., Sequoia
Capital Operations LLC and
TriplePoint Capital LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIACOM INTERNATIONAL INC., ET AL. <br><br>  Plaintiffs, <br><br>  v. <br><br> YOUTUBE, INC., ET AL. <br><br>  Defendants. | CASE NO.:  3:08-MC-80129-SI <br><br> [Case No. 07-cv-02103 (LLS) in the U.S. D.C., S.D.N.Y] <br><br> **[PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE OF HEARING DATE** |

| | | |
|---|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, ET AL. | ) ) ) | [Case No. 07-cv-03532 (LLS) in the U.S. D.C., S.D.N.Y] |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Date: July 25, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10 |
| YOUTUBE, INC., ET AL. | ) ) | Judge: Honorable Susan Illston |
| Defendants. | ) ) | |

STIPULATION AND [PROPOSED] ORDER
FOR CONTINUANCE
CASE NO. 08-MC-80129 (SI)

WHEREAS Viacom International Inc. et al. and The Football Association Premier League Limited, et al. ("Petitioners") have filed this Miscellaneous Action against Artis Capital Management L.P., Sequoia Capital Operations LLC, and TriplePoint Capital LLC ("Respondents") and have noticed a Motion to Compel against Respondents for hearing on July 25, 2008;

WHEREAS Respondents require additional time to prepare their oppositions to the Motion to Compel and Respondents' counsel is unavailable for hearing on July 25, 2008;

THEREFORE: The parties to this Action stipulate, subject to the Court's approval, that (1) the hearing date on Petitioners' Motion to Compel shall be continued from July 25, 2008 to August 15, 2008, or alternatively continued to the Court's next available hearing date thereafter; (2) Respondents opposition to Petitioners' Motion to Compel shall be filed four weeks before the new date set for the hearing, and Petitioners' reply shall be filed two weeks thereafter.

IT IS SO STIPULATED.

Date: 6/27/08

David H. Kramer
*Attorneys for Non-Parties*
*Artis Capital Management, L.P., Sequoia Capital Operations LLC and TriplePoint Capital LLC*

Date: _____

William Hohengarten
*Attorneys for Viacom Plaintiffs*

Date: _____

David Hassel
*Attorneys for Premier League Plaintiffs*

STIPULATION AND [PROPOSED] ORDER
FOR CONTINUANCE
CASE NO. 08-MC-80129 (SI)

-1-

1  WHEREAS Viacom International Inc. et al. and The Football Association Premier
2  League Limited, et al. ("Petitioners") have filed this Miscellaneous Action against Artis Capital
3  Management L.P., Sequoia Capital Operations LLC, and TriplePoint Capital LLC
4  ("Respondents") and have noticed a Motion to Compel against Respondents for hearing on July
5  25, 2008;
6  WHEREAS Respondents require additional time to prepare their oppositions to the
7  Motion to Compel and Respondents' counsel is unavailable for hearing on July 25, 2008;
8  THEREFORE: The parties to this Action stipulate, subject to the Court's approval, that
9  (1) the hearing date on Petitioners' Motion to Compel shall be continued from July 25, 2008 to
10 August 15, 2008, or alternatively continued to the Court's next available hearing date thereafter;
11 (2) Respondents opposition to Petitioners' Motion to Compel shall be filed four weeks before the
12 new date set for the hearing, and Petitioners' reply shall be filed two weeks thereafter.
13 IT IS SO STIPULATED.

Date:_____

David H. Kramer
*Attorneys for Non-Parties*
*Artis Capital Management, L.P., Sequoia*
*Capital Operations LLC and*
*TriplePoint Capital LLC*

Date: June 27, 2008

William Hohengarten
*Attorneys for Viacom Plaintiffs*

Date:_____

David Hassel
*Attorneys for Premier League Plaintiffs*

STIPULATION AND [PROPOSED] ORDER  -1-
FOR CONTINUANCE
CASE NO. 08-MC-80129 (SI)

WHEREAS Viacom International Inc. et al. and The Football Association Premier League Limited, et al. ("Petitioners") have filed this Miscellaneous Action against Artis Capital Management L.P., Sequoia Capital Operations LLC, and TriplePoint Capital LLC ("Respondents") and have noticed a Motion to Compel against Respondents for hearing on July 25, 2008;

WHEREAS Respondents require additional time to prepare their oppositions to the Motion to Compel and Respondents' counsel is unavailable for hearing on July 25, 2008;

THEREFORE: The parties to this Action stipulate, subject to the Court's approval, that (1) the hearing date on Petitioners' Motion to Compel shall be continued from July 25, 2008 to August 15, 2008, or alternatively continued to the Court's next available hearing date thereafter; (2) Respondents opposition to Petitioners' Motion to Compel shall be filed four weeks before the new date set for the hearing, and Petitioners' reply shall be filed two weeks thereafter.

IT IS SO STIPULATED.

Date:_____

David H. Kramer
*Attorneys for Non-Parties
Artis Capital Management, L.P., Sequoia
Capital Operations LLC and
TriplePoint Capital LLC*

Date:_____

William Hohengarten
*Attorneys for Viacom Plaintiffs*

Date: June 27, 2008 _____

David Hassel
*Attorneys for Premier League Plaintiffs*

STIPULATION AND [PROPOSED] ORDER
FOR CONTINUANCE                                    -1-
CASE NO. 08-MC-80129 (SI)

[PROPOSED] ORDER

Good cause appearing, IT IS HEREBY ORDERED that: (1) the hearing on Petitioners' Motion to Compel shall be rescheduled to August 15, 2008 with the briefing schedule to be governed by the parties' Stipulation.

SO ORDERED.

_____
Judge Susan Illston

STIPULATION AND [PROPOSED] ORDER
FOR CONTINUANCE
CASE NO. 08-MC-80129 (SI)