

Clerk's Use Only

Initial for fee pd.:

David R. Hassel, Esq.
BERSTEIN LITOWITZ
BERGER & GROSSMANN LLP       Tel: (212)-554-1533
1285 Avenue of the Americas      Fax: (212)-554-1444
New York, NY 10019                davidh@blbglaw.com

FILED

JUN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THE FOOTBALL ASSOCIATION
PREMIER LEAGUE LTD., et al.,

          Plaintiff(s),

v.

YOU TUBE INC., et al.,

          Defendant(s).
_____/

CASE NO. 3:08-mc-80129 SI

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, __David R. Hassel__, an active member in good standing of the bar of __the Southern District of New York__, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing __Plaintiffs__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
BLAIR A. NICHOLAS (Bar No. 178428), 12481 High Bluff Drive, Suite 300
San Diego, CA 92130, Tel: (858) 793-0070

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __June 25, 2008__

_____
David R. Hassel