UNITED STATES DISTRICT COURT

For the Northern District of California

1

2                       UNITED STATES  DISTRICT COURT

3                        Northern District of California

4

5    THE FOOTBALL ASSOCIATION
     PREMIER LEAGUE LTD., et al.

6                                             CASE NO.  3:08-mc-80129 SI

7                                                   (Proposed)
                        Plaintiff(s),         ORDER GRANTING APPLICATION
8         v.                                  FOR ADMISSION OF ATTORNEY
                                              *PRO HAC VICE*
9    YOUTUBE INC., et al.

10

11
                        Defendant(s).
12    _____/

13               DAVID R. HASSEL   , an active member in good standing of the bar of

14    Southern District of New York              whose business address and telephone number

15    (particular court to which applicant is admitted)

16    is

17    BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
      1285 Avenue of the Americas
18    New York, NY 10019 (212) 554-1533 (davidh@blbglaw.com)                                   ,

19    having applied in the above-entitled action for admission to practice in the Northern District of

20    California on a *pro hac vice* basis, representing Plaintiffs in the above-captioned matter          .

21         IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

22    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23    *vice*. Service of papers upon and communication with co-counsel designated in the application will

24    constitute notice to the party. All future filings in this action are subject to the requirements

25    contained in General Order No. 45, *Electronic Case Filing.*

26

27    Dated: 7/1/08

28                                              _____
                                                Hon.  Susan Illston
                                                United States District    Judge