UNITED STATES DISTRICT COURT

Northern District of California

THE FOOTBALL ASSOCIATION
PREMIER LEAGUE LTD., et al.

CASE NO. 3:08-mc-80129 SI

Plaintiff(s),

v.

YOUTUBE INC., et al.

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Defendant(s).
_____/

DAVID R. HASSEL, an active member in good standing of the bar of Southern District of New York whose business address and telephone number (particular court to which applicant is admitted) is

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019 (212) 554-1533 (davidh@blbglaw.com),

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs in the above-captioned matter

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/1/08

Hon. Susan Illston
United States District Judge