1  DONALD B. VERRILLI (*Pro Hac Vice*), dverrilli@jenner.com
   WILLIAM M. HOHENGARTEN (*Pro Hac Vice*), whohengarten@jenner.com
2  JENNER & BLOCK LLP
   1099 New York Avenue, N.W.
3  Suite 900
   Washington, DC 20001-4412
4  Telephone:    (202) 639-6000
   Facsimile:    (202) 639-6066
5
   *Attorneys for Viacom Plaintiffs, Petitioners*
6
   BLAIR A. NICHOLAS (Bar No. 178428)
7  DAVID R. HASSEL (*Pro Hac Vice*)
   BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
8  123481 High Bluff Drive, Suite 300
   San Diego, CA 92130
9  Telephone:    (858) 793-0070
   Facsimile:    (858) 793-0323
10
   *Attorneys for Premier League Plaintiffs, Petitioners*
11
   DAVID H. KRAMER, State Bar No. 168452, *dkramer@wsgr.com*
12 MICHAEL H. RUBIN, State Bar No. 214636, *mrubin@wsgr.com*
   WILSON SONSINI GOODRICH & ROSATI
13 Professional Corporation
   650 Page Mill Road
14 Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
15 Facsimile:  (650) 565-5100

16 *Attorneys for Non-Party Respondents*
   *Artis Capital Management, L.P., Sequoia*
17 *Capital Operations LLC and*
   *TriplePoint Capital LLC*
18
                  UNITED STATES DISTRICT COURT
19
                  NORTHERN DISTRICT OF CALIFORNIA
20
                      SAN FRANCISCO DIVISION
21

22 VIACOM INTERNATIONAL INC., ET AL.   )   CASE NO.:  3:08-MC-80129-SI
                                       )
23         Plaintiffs,                 )   [Case No. 07-cv-02103 (LLS) in the
                                       )   U.S. D.C., S.D.N.Y]
24    v.                               )
                                       )   **[PROPOSED] ORDER AND**
25 YOUTUBE, INC., ET AL.               )   **STIPULATION FOR EXTENDED**
                                       )   **BRIEFING SCHEDULE**
26         Defendants.                 )
                                       )
27                                     )
                                       )
28 ─────────────────────────────────── )

[PROPOSED] ORDER
AND STIPULATION FOR EXTENDED BRIEFING
SCHEDULE
CASE NO. 08-MC-80129 (SI)

| | | |
|---|---|---|
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, ET AL. | ) ) ) | [Case No. 07-cv-03532 (LLS) in the U.S. D.C., S.D.N.Y] |
| Plaintiffs, | ) ) | |
| v. | ) ) | Date:  August 15, 2008<br>Time:  9:00 a.m. |
| YOUTUBE, INC., ET AL. | ) ) ) | Courtroom:  10<br>Judge:  Honorable Susan Illston |
| Defendants. | ) ) ) | |

[PROPOSED] ORDER
AND STIPULATION FOR EXTENDED BRIEFING
SCHEDULE
CASE NO. 08-MC-80129 (SI)

1    WHEREAS Viacom International Inc. et al., and The Football Association Premier League Limited, et al. ("Petitioners"), have filed this Miscellaneous Action against Artis Capital Management L.P., Sequoia Capital Operations LLC, and TriplePoint Capital LLC ("Respondents"), and noticed a Motion to Compel against Respondents with an original hearing date of July 25, 2008;

WHEREAS the parties previously agreed and the Court ordered that the hearing date be continued to August 15, 2008, with Respondents' Opposition and Petitioners' Reply due four and two weeks in advance of the hearing date, respectively;

WHEREAS Respondents have requested one additional business day to prepare their Opposition to the Motion to Compel, and the parties seek to ensure that the August 15, 2008 hearing date is not moved and Petitioners continue to have two weeks to prepare their Reply;

THEREFORE: The parties to this Action stipulate, subject expressly to the Court's approval that the August 15, 2008 hearing date not be altered, that (1) the deadline for Respondent's Opposition to the Motion to Compel shall be extended from Friday, July 18, 2008 until Monday, July 21, 2008; and (2) the deadline for Petitioners' reply shall be extended from Friday, August 1, 2008 until Monday, August 4, 2008.

IT IS SO STIPULATED.

Date:   July 15, 2008           /s/ David H. Kramer
                                David H. Kramer
                                Michael H. Rubin
                                *Attorneys for Non-Parties*
                                *Artis Capital Management, L.P., Sequoia Capital Operations LLC and TriplePoint Capital LLC*

Date:   July 15, 2008           /s/ William Hohengarten
                                William Hohengarten
                                *Attorneys for Viacom Plaintiffs*

Date:   July 15, 2008           /s/ David Hassel
                                David Hassel
                                *Attorneys for Premier League Plaintiffs*

[PROPOSED] ORDER                       -1-
AND STIPULATION FOR EXTENDED BRIEFING
SCHEDULE
CASE NO. 08-MC-80129 (SI)

1  [PROPOSED] ORDER

2      Good cause appearing, IT IS HEREBY ORDERED that: (1) Respondent's Opposition to
3  the Motion to Compel shall be filed Monday, July 21, 2008, (2) Petitioners' reply shall be filed
4  on Monday, August 4, 2008, and (3) the hearing on Petitioner's Motion to Compel shall remain,
5  as scheduled, on August 15, 2008.

7  SO ORDERED.

                                            Judge Susan Illston

# CERTIFICATION

I, David H. Kramer, am the ECF User whose identification and password is being used to file the [Proposed] Order and Stipulation for Extended Briefing Schedule. In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

DATED: July 15, 2008                         WILSON SONSINI GOODRICH & ROSATI
                                                                    Professional Corporation

By: _____/s/ David H. Kramer_____
        David H. Kramer
*Attorneys for Non-Parties*
*Artis Capital Management, L.P., Sequoia Capital Operations LLC and TriplePoint Capital LLC*