1  DAVID H. KRAMER, State Bar No. 168452, dkramer@wsgr.com
   MICHAEL H. RUBIN, State Bar No. 214636, mrubin@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
5
   *Attorneys for Non-Party Respondents*
6  *Artis Capital Management, L.P., Sequoia*
   *Capital Operations LLC and*
7  *TriplePoint Capital LLC*

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 VIACOM INTERNATIONAL INC., ET AL.         ) CASE NO.:  3:08-MC-80129-SI
                                             )
13         Plaintiffs,                       ) [Case No. 07-cv-02103 (LLS) in the
                                             ) U.S. D.C., S.D.N.Y]
14     v.                                    )
                                             ) **DECLARATION OF DAVID**
15 YOUTUBE, INC., ET AL.                     ) **LAMOND IN SUPPORT OF**
                                             ) **RESPONDENTS' OPPOSITION TO**
16         Defendants.                       ) **PLAINTIFFS' JOINT MOTION TO**
                                             ) **COMPEL PRODUCTION OF**
17                                           ) **DOCUMENTS PURSUANT TO**
                                             ) **SUBPOENAS TO ARTIS CAPITAL**
18                                           ) **MANAGEMENT L.P., SEQUOIA**
                                             ) **CAPITAL OPERATIONS LLC, AND**
19                                           ) **TRIPLEPOINT CAPITAL LLC**
                                             )
20 _____  )
                                             ) [Case No. 07-cv-03532 (LLS) in the
21 THE FOOTBALL ASSOCIATION PREMIER          ) U.S. D.C., S.D.N.Y]
   LEAGUE LIMITED, ET AL.                    )
22                                           )
           Plaintiffs,                       ) Date:        August 15, 2008
23                                           ) Time:        9:00 a.m.
       v.                                    ) Courtroom:   10
24                                           ) Judge:       Honorable Susan Illston
   YOUTUBE, INC., ET AL.                     )
25                                           )
           Defendants.                       )
26 _____  )

27

28

LAMOND DECLARATION ISO OPPOSITION TO
MOTION TO COMPEL
CASE NO. 08-MC-80129 (SI)

I, David Lamond, hereby declare that:

1. I am an Analyst for non-party Artis Capital Management, L.P. ("Artis"). I submit this declaration in support of Respondents' Opposition to Plaintiffs' Joint Motion to Compel Production of Documents Pursuant to Subpoenas to Artis Capital Management L.P., Sequoia Capital Operations LLC, and TriplePoint Capital LLC. I have personal knowledge about the facts described below and if called upon to testify, could competently testify to them.

2. Artis is a hedge fund based in San Francisco.

3. Artis first considered investing in YouTube on or after approximately January of 2006. Artis had no involvement with the company prior to that date.

4. Artis participated in YouTube's Series B round of funding. The Series B funding deal closed on March 30, 2006. In consideration for the funding, Artis received shares of stock in YouTube.

5. As is typical of Artis' investment style, Artis was a strictly passive investor in YouTube and has never held a seat on YouTube's Board of Directors.

6. After Artis' initial investment in YouTube was made, Artis received general updates from YouTube about its operations so that Artis could monitor its investment and report to its investors. Artis exercised no control over, and did not participate in, the strategic planning of YouTube's business model or in the management of the day-to-day operations of the company. The updates Artis received did not extend beyond the financial and business progress updates that Artis (or any other passive investor) would normally receive in the course of its investment. There is no reason to believe YouTube does not have copies of those generalized updates.

7. As a YouTube shareholder, Artis was asked to approve the merger agreement between Google and YouTube. Artis did so upon recommendation of YouTube's Board of Directors, at a time concurrent with the approval given by the other investors. Artis was also strictly passive in this matter, not performing any due diligence regarding or analysis of the merger agreement, or playing any role in determining the final terms of the transaction.

8. On November 13, 2006, the date the merger closed, the Artis interest in YouTube converted to shares of Google common stock.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 18, 2008, at San Francisco, California.

_____
David Lamond

LAMOND DECLARATION ISO OPPOSITION TO        -2-
MOTION TO COMPEL
CASE NO. 08-MC-80129 (SI)