Eric T. Kanefsky, Esq.
BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP          Tel: 212-554-1467
1285 Avenue of the Americas     Fax: 212-554-1444
New York, NY 10019              Erick@blbglaw.com

FILED
08 AUG 11 AM 10:53

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE FOOTBALL ASSOCIATION
PREMIER LEAGUE LTD., et al.,

CASE NO. 3:08-mc-80129 SI

Plaintiff(s),

v.

YOU TUBE INC., et al.,

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Defendant(s).

Pursuant to Civil L.R. 11-3, Eric T. Kanefsky, an active member in good standing of the bar of the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Blair A. Nicholas (Bar No. 178428), 12481 High Bluff Drive, Suite 300
San Diego, CA 92130 Tel: (858) 793-0070

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 7, 2008

*IT IS SO ORDERED*
*Judge Susan Illston*

Eric T. Kanefsky