Susan J. Kohlmann
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-6030
Telephone (212) 891-1600

RECEIVED

08 JUL 25 PM 1: 39   FILED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT   AUG 1 3 2008
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. W...
CLERK U.S. ...
NORTHERN DIST... ...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIACOM INTERNATIONAL INC., et al. | CASE NO. Misc. |
| Plaintiff(s), | **(Proposed)** |
| vs. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| YOUTUBE, INC., et al. | |
| Defendant(s). | |

Susan J. Kohlmann, an active member in good standing of the bar of the United States District Court of the Southern District of New York, whose business address and telephone number is Jenner & Block LLP, 919 Third Avenue, 37th Floor, New York, NY 10022-6030, Telephone (212) 891-1600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing VIACOM INTERNATIONAL INC., et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/4/08

_____
United States Judge

1