**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/15/08

Case No.   C-08-80129 SI         Judge:   SUSAN ILLSTON

Title: VIACOM  -v- YOUTUBE

Attorneys: Kanefsky, Rubin, Hibbard, Wilkens

Deputy Clerk: Tracy Sutton  Court Reporter: McVickar

**PROCEEDINGS**

1)   Joint Motion to Compel Production of Documents - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( X ) SUBMITTED
                              PART

Case continued to   @ 2:30 p.m. for Further Case Management Conference

Case continued to   @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ 3:30 p.m.  for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: