| | |
|---|---|
| STEPHEN D. HIBBARD, CSB No. 177865<br>SHEARMAN & STERLING LLP<br>525 Market Street<br>Suite 1500<br>San Francisco, CA 94105<br>Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199<br>shibbard@shearman.com | DONALD B. VERRILLI, *Pro Hac Vice*<br>WILLIAM M. HOHENGARTEN, *Pro Hac Vice*<br>JENNER & BLOCK LLP<br>1099 New York Avenue, N.W.<br>Suite 900<br>Washington, DC 20001-4412<br>Telephone: (202) 639-6000<br>Facsimile: (202) 639-6066<br>whohengarten@jenner.com |
| *Attorneys for Viacom Plaintiffs, Petitioners* | *Attorneys for Viacom Plaintiffs, Petitioners* |
| DAVID H. KRAMER, CSB No. 168452,<br>MICHAEL H. RUBIN, CSB No. 214636,<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>mrubin@wsgr.com | BLAIR A. NICHOLAS, CSB No. 178428<br>DAVID R. HASSEL, *Pro Hac Vice*<br>BERNSTEIN LITOWITZ BERGER &<br>GROSSMANN LLP<br>123481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Telephone: (858) 793-0070<br>Facsimile: (858) 793-0323<br>dhassel@blbg.com |
| *Attorneys for Non-Party Respondents*<br>*Artis Capital Management, L.P., Sequoia*<br>*Capital Operations LLC and*<br>*TriplePoint Capital LLC* | *Attorneys for Premier League Plaintiffs,*<br>*Petitioners* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIACOM INTERNATIONAL INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., ET AL.<br><br>Defendants. | CASE NO.: 3:08-MC-80129-SI<br><br>[Case No. 07-cv-02103 (LLS) in the U.S. D.C., S.D.N.Y]<br><br>**[PROPOSED] ORDER AND STIPULATION FOR AN EXTENSION OF TIME TO PRODUCE DOCUMENTS** |
| THE FOOTBALL ASSOCATION PREMIER LEAGUE LIMITED, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., ET AL.<br><br>Defendants. | |

1  WHEREAS on August 18, 2008, in response to the Motion to Compel Production of Documents Pursuant to Subpoenas filed by Viacom International Inc. et al., and The Football Association Premier League Limited, et al. ("Plaintiffs"), this Court ordered Artis Capital Management L.P., Sequoia Capital Operations LLC, and TriplePoint Capital LLC ("Respondents") to produce certain documents ("Ordered Documents") by October 2, 2008 "unless [P]laintiffs and [R]espondents agree to a different deadline";

WHEREAS the volume of data Respondents have been obligated to restore from back-up tapes and review in connection with the production of Ordered Documents makes meeting the Court-ordered deadline of October 2, 2008 impracticable;

WHEREAS Respondents need to and through October 27, 2008 to finalize their review and preparation of the Ordered Documents for production;

WHEREAS Respondents have agreed to produce documents responsive to all of the requests as to which Plaintiffs and Respondents had previously reached agreement, up to November 13, 2006 ("Agreed Upon Documents") by not later than September 26, 2008;

WHEREAS Respondents will use best efforts to produce a complete privilege log contemporaneously with production of the Ordered Documents, or as shortly thereafter as possible;

THEREFORE: The parties stipulate that (1) the deadline for Respondents' production of Agreed Upon Documents shall be September 26, 2008; and (2) the deadline for Respondents' production of the Ordered Document shall be moved from October 2, 2008 to October 27, 2008.

IT IS SO STIPULATED.

Date: Sept. 19, 2008

_Michael H. Rubin_
Michael H. Rubin
Attorneys for Non-Parties

Date: SEPT. 19, 2008

_Stephen Hibbard_
Stephen Hibbard
Attorneys for Viacom Plaintiffs

Date: SEPT. 19, 2008

_David Hassel_
David Hassel
Attorneys for Premier League Plaintiffs

---

[PROPOSED] ORDER AND STIPULATION FOR AN
EXTENSION OF TIME TO PRODUCE DOCUMENTS

CASE NO.: 3:08-MC-80129-SI

[PROPOSED] ORDER

Good cause appearing, IT IS HEREBY ORDERED that (1) the deadline for Respondents' production of Agreed Upon Documents shall be September 26, 2008; and (2) the deadline for Respondents' production of Ordered Documents shall be moved from October 2, 2008 to October 27, 2008.

SO ORDERED.

_____
Judge Susan Illston