IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIACOM INTERNATIONAL INC., *et al.*, | No. C 08-80129 SI |
| Plaintiffs, | **ORDER DENYING "MOTION FOR RECONSIDERATION & CLARIFICATION; MOTION TO INTERVENE"** |
| v. | |
| YOU TUBE INC., *et al.*, | |
| Defendants. | |

On December 9, 2008, Jonathan Lee Riches and "Pavel Lazarenko" filed a "Motion for Reconsideration & Clarification; Motion to Intervene as Plaintiffs under Rule 24(A)2, 24(B)." The Court notes that Mr. Riches is a federal inmate currently in the custody of the Bureau of Prisons at FCI Williamsburg in South Carolina, and that he has no apparent connection to this case. *See* Federal Bureau of Prisons, Inmate Locator, http://www.bop.gov/iloc2/LocateInmate.jsp. The motion lists the same address and telephone number in South Carolina for Mr. Lazarenko, although Mr. Lazarenko does not appear in the B.O.P. database.

The Court DENIES the motion. (Docket No. 38). The motion appears frivolous on its face. Further, this action is pending in the Southern District of New York; it was before this Court solely on a discovery matter arising in this district. The Clerk of the Court shall not accept or docket any further documents from either Mr. Riches or Mr. Lazarenko in this action.

**IT IS SO ORDERED.**

Dated: December 30, 2008

SUSAN ILLSTON
United States District Judge